IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PW EAGLE, et al.      , | ) | |
| | ) | |
| Plaintiff(s), | ) | 8:05CV83 |
| | ) | |
| v. | ) | |
| | ) | |
| SCHNASE SALES, et al., | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by August 2, 2005, file their Report of Parties' Planning Conference.

DATED July 15, 2005.

/s/   David L. Piester
United States Magistrate Judge