THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PW EAGLE, INC., a Minnesota Corporation, and WILLIAM SPELL,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD SCHNASE and SCHNASE SALES COMPANY, L.L.C., a Nebraska Limited Liability Company,<br><br>Defendants. | 8:05CV83<br><br>**MEMORANDUM AND ORDER** |

Pursuant to NECivR 68.1, the defendants[1] filed a Notification of Settlement (filing 52) on August 2, 2005. As required by the Local Rule, the Notification of Settlement provided that the "parties will endeavor to obtain the necessary settlement documents within thirty days." On September 1, 2005, the parties filed a motion (filing 53) to extend the time in which they could submit to the court documents necessary to terminate this action. I granted the motion, allowing the parties until September 22, 2005, to submit such documents.

On September 22, 2005, the defendants filed a Motion for Enlargement of Time to Finalize Settlement and Submit Dismissal Documents (filing 55), requesting two additional weeks in which to file with the court documents necessary to terminate this lawsuit. I shall grant the defendants' motion.

IT IS ORDERED that the defendants' Motion for Enlargement of Time to Finalize Settlement and Submit Dismissal Documents (filing 55) is granted and the

---

[1] Defendant Patrick Mertens was voluntarily dismissed by the plaintiffs before he was required to answer. (Filings 24 & 25.)

parties shall have until October 11, 2005, to file a joint stipulation for dismissal or other dispositive stipulation, together with a draft order which will fully dispose of this case, in the absence of which the court may dismiss this action without further notice.

    September 26, 2005.

                                      BY THE COURT:
                                      s/ *Richard G. Kopf*
                                      United States District Judge