THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PW EAGLE, INC., a Minnesota Corporation, and WILLIAM SPELL, | ) ) ) | 8:05CV83 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **JUDGMENT** |
| RICHARD SCHNASE, SCHNASE SALES COMPANY, L.L.C., a Nebraska Limited Liability Company, and PATRICK MERTENS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Upon the parties' joint stipulation for dismissal with prejudice (filing 57), this matter is dismissed with prejudice, each party to bear its or their own costs and attorney fees.

October 12, 2005.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge